**Johnny William IRONS, Petitioner–Appellant,**

v.

**Dan JOSLIN, Warden, Respondent–Appellee.**

No. 06–10231

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 13, 2007.

Johnny William Irons, Seagoville, TX, pro se.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

Johnny William Irons, federal prisoner # 26283–077, appeals the dismissal without prejudice of his 28 U.S.C. § 2241 habeas petition. He challenged his conviction for conspiracy to distribute 50 grams or more

of crack cocaine in violation of 21 U.S.C. §§ 841(a)(1) and 846.

Irons has not shown that the district court erred in construing his purported § 2241 petition as an unauthorized successive 28 U.S.C. § 2255 motion. *See Reyes–Requena v. United States*, 243 F.3d 893, 904 (5th Cir.2001). Irons's contention that his claims under *Blakely v. Washington*, 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), and *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), fall under § 2255's savings clause is incorrect. *See Padilla v. United States*, 416 F.3d 424, 427 (5th Cir.2005). The judgment of the district court is affirmed. Irons is warned that the filing of frivolous pleadings in the future will subject him to sanctions.

AFFIRMED; SANCTION WARNING ISSUED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.